■ In the Matter of ARTHUR M. WISEHART (Admitted as AR-THUR McKEE WISEHART), an Attorney. [727 NYS2d 617] —Leave to appeal to the Court of Appeals denied. Concur—Nardelli, J. P., Williams, Ellerin, Lerner and Rubin, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ADAM HASSUK, Admitted on March 1, 1993, at a Term of the Appellate Division, First Department. [727 NYS2d 617] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Naredelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 240 AD2d 106.]